of this motion and this petition.

No. 82–6035.   QUINTANA v. VIRGINIA.   Sup. Ct. Va. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 82–5794.   ANDERSON v. SPALDING, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL., 459 U. S. 1175.   Petition for rehearing denied.

No. 82–5862.   BOGGS v. UNITED STATES, 459 U. S. 1118. Motion for leave to file petition for rehearing denied.

MARCH 9, 1983

No. 82–6231.   BAUMANN v. KEOHANE, WARDEN, ET AL. C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.

MARCH 11, 1983

No. 82–1065.   CONROCK CO. ET AL. v. TEXAS PARTNERS ET AL.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.

MARCH 21, 1983

No. 82–1192.   DIPIERO v. GOODMAN ET AL.   Appeal from Ct. App. Mass. dismissed for want of jurisdiction.   Treating